# EXHIBIT A

Archived version as of 12/22/2024

🇺🇸 An official website of the United States government  Here's how you know

 **Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

MENU

Home ▸ Science & Technology ▸ Climate Change

# Climate Change

## How do we know the climate is changing?

Using historical and natural records, scientists have been able to measure the Earth's past climate. People have measured the Earth's temperature and amount of rainfall since the mid-1800s, providing a snapshot of the climate for the last 150 years. For climate measurements prior to this, researchers must obtain measurements from indirect sources, including core samples from ice, sediment, and trees.

Learn more about how we know the climate is changing

## How is the Forest Service adapting to climate change?

To stay healthy and vigorous, our National Forests and Grasslands will need to adapt quickly to the changing climate.  The Forest Service is incorporating the best ecological and climate science into its management to ensure that National Forests continue to produce the benefits that the American people enjoy.  Healthy forests and grasslands will also help mitigate climate change by removing carbon dioxide from the atmosphere and storing it in plants and soils.  In addition to our work on public lands, the Forest Service works with private landowners, non-governmental organizations, and tribal governments to foster climate-informed, sustainable land management.

Learn more about how the Forest Service is adapting to climate change

## How does climate change affect forests and grasslands?

Over the next century, the average global temperature is expected to rise, with variations by season and location. Within the United States, the average temperature is expected to increase between 3 and 10 degrees Fahrenheit. Under current projections, winters are likely to be less cold and snowy while summer high temperatures are likely to continue to rise. Changes in

rainfall are more difficult to project, but precipitation is expected to decrease across the Southwest while extreme rainfall episodes are projected to increase in the Northeast, Midwest, and Great Plains regions.

Learn more about the impacts of climate change

## What can I do?

There are many things you can do to help reduce the effects of climate change. Simple changes like conserving water and energy will decrease your environmental footprint. Call your local National Forest or Grassland to see if there are opportunities available for you to volunteer your time.

Learn more about what you can do to fight climate change

## Related Content

Effects of Drought on Forests and Rangelands in the United States

Sustainability and Climate

## Science and Technology

**Climate Change**

Energy and Forest Products

Fire Science

Fish, Wildlife and Plants

Forest Health

Infrastructure

People and Forests

Research and Development

Data, Tools & Products

Water, Air and Soil

| Visit Us | Managing the Land | Learn | Science and Technology | Working with Us | About the Agency | Inside the FS |
|---|---|---|---|---|---|---|

askUSDA

Contact Us

Sitemap

Policies & Links

Our Performance

Careers

Fraud, Waste, and Abuse Hotline

Inspector General

Plain Writing

Open

FOIA

Accessibility Statement

Privacy Policy

Non-Discrimination Statement

USDA Anti-Harassment Policy

Forest Service Anti-Harassment Policy

Information Quality

USA.gov

Whitehouse.gov

eGov

No FEAR Act Data

Whistleblower Protection Coordinator



# Forest Service

U.S. DEPARTMENT OF AGRICULTURE

Live version as of 2/20/2025



An official website of the United States government  Here's how you know

# Forest Service
## U.S. DEPARTMENT OF AGRICULTURE

MENU

Home ‣ system ‣ Access denied

You are not authorized to access this page.

# Science and Technology

Energy and Forest Products

Fire Science

Fish, Wildlife and Plants

Forest Health

Infrastructure

People and Forests

Research and Development

Data, Tools & Products

Water, Air and Soil

| Visit Us | Managing the Land | Learn | Science and Technology | Working with Us | About the Agency | Inside the FS |
|---|---|---|---|---|---|---|

| askUSDA | | | Careers | | FOIA | |
| Contact Us | | | Fraud, Waste, and Abuse Hotline | | Accessibility Statement | |
| Sitemap | | | | | Privacy Policy | |
| Policies & Links | | | Inspector General | | Non-Discrimination Statement | |
| Our Performance | | | Plain Writing | | USDA Anti-Harassment Policy | |
| | | | Open | | | |

| | | |
|---|---|---|
| Forest Service Anti-Harassment Policy | USA.gov | No FEAR Act Data |
| Information Quality | Whitehouse.gov | Whistleblower Protection Coordinator |
| | eGov | |



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE