# EXHIBIT E

Live version as of 2/20/2025



ArcGIS StoryMaps



# Hmm... there seems to be an issue

There was a problem accessing this story or this page. Please try again or contact your ArcGIS administrator.

ArcGIS StoryMaps home

Terms of Use    Contact    Privacy

