# EXHIBIT W

Archived version as of 01/17/2025

The Wayback Machine - https://web.archive.org/web/20250117222002/https://www.fs.usda.gov/...

🇺🇸 An official website of the United States government   Here's how you know



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

MENU

Home ‣ Managing the Land ‣ Sustainability and Climate ‣ Climate Tools and Data

# Climate Tools and Data

Adapting to climate change requires the use of the latest climate data, information, and tools. The Forest Service has developed a variety of products to support climate-informed decision-making.

Source: https://usfs.maps.arcgis.com/apps/MinimalGallery/index.html?appid=74a3d16ebea445e1b8c81423081e8fd1

4

## Sustainability and Climate

Adaptation

Carbon

**Climate Tools and Data**

Policy and Initiatives

Sustainable Operations

Vulnerability Assessments

Climate Action Tracker

## Related Content

Climate Change Resource Center

USDA Climate Hubs

Adaptation Partners

Northern Institute of Applied Climate Science

## Managing the Land

Fire Management

Forests and Grasslands

International Cooperation

Invasive Species

5

Land Management Planning

Lands and Realty Management

Natural Resources

Private Land

Recreation Management

**Sustainability and Climate**

Urban Forests

| Visit Us | Managing the Land | Learn | Science and Technology | Working with Us | About the Agency | Inside the FS |
|---|---|---|---|---|---|---|

askUSDA

Contact Us

Sitemap

Policies & Links

Our Performance

Careers

Fraud, Waste, and Abuse Hotline

Inspector General

Plain Writing

Open

FOIA

Accessibility Statement

Privacy Policy

Non-Discrimination Statement

USDA Anti-Harassment Policy

Forest Service Anti-Harassment Policy

Information Quality

USA.gov

Whitehouse.gov

eGov

No FEAR Act Data

Whistleblower Protection Coordinator



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

6

Live version as of 2/20/2025

 An official website of the United States government  Here's how you know

**Forest Service**

U.S. DEPARTMENT OF AGRICULTURE

MENU

Home ‣ system ‣ Access denied

You are not authorized to access this page.

# Managing the Land

- Fire Management
- Forests and Grasslands
- International Cooperation
- Invasive Species
- Land Management Planning
- Lands and Realty Management
- Natural Resources
- Private Land
- Recreation Management
- Urban Forests

| Visit Us | Managing the Land | Learn | Science and Technology | Working with Us | About the Agency | Inside the FS |
|---|---|---|---|---|---|---|
| askUSDA | | | Our Performance | | Inspector General | |
| Contact Us | | | Careers | | Plain Writing | |
| Sitemap | | | Fraud, Waste, and Abuse Hotline | | Open | |
| Policies & Links | | | | | FOIA | |

| | | |
|---|---|---|
| Accessibility Statement | Harassment Policy | eGov |
| Privacy Policy | Information Quality | No FEAR Act Data |
| Non-Discrimination Statement | USA.gov | Whistleblower Protection Coordinator |
| USDA Anti-Harassment Policy | Whitehouse.gov | |
| Forest Service Anti- | | |



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE