AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Northeast Organic Farming Association of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01529-MMG |
| U.S. Department of Agriculture ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group.

Date: 2/25/2025

/s/ Alex Abdo
*Attorney's signature*

Alex Abdo, AA0527
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Address*

alex.abdo@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*