AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Northeast Organic Farming Assoc. of N.Y., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25 Civ. 1529 (MMG) |
| U.S. Department of Agriculture ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of Agriculture                              .

Date: 03/06/2025

/s/ Mark Osmond
*Attorney's signature*

Mark Osmond
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

Mark.Osmond@usdoj.gov
*E-mail address*

(212) 637-2713
*Telephone number*

(212) 637-2750
*FAX number*