

U.S. Department of Justice

*United States Attorney for the*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

March 7, 2025

**BY ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Northeast Organic Farming Assoc. of N.Y., et al. v. U.S. Dep't of Agriculture*,
       No. 25 Civ. 1529 (MMG)

Dear Judge Garnett:

    This Office represents the United States Department of Agriculture in the above-referenced action.  Pursuant to Your Honor's "Individual Rules and Practices Regarding Matters in which the United States Attorney for the Southern District of New York Represents a Party," we write to inform the Court that this action does not fall within the applicable recusal parameters set forth therein.

    Thank you for your attention to the matter.

                                                            Respectfully submitted,

                                                            MATTHEW PODOLSKY
                                                            Acting United States Attorney for the
                                                            Southern District of New York

                                      By:   */s/ Mark Osmond*
                                                           ILAN STEIN
                                                           MARK OSMOND
                                                           Assistant United States Attorneys
                                                           86 Chambers Street, 3rd Floor
                                                           Tel.: (212) 637-2525/2713
                                                           E-mail: ilan.stein@usdoj.gov
                                                                       mark.osmond@usdoj.gov