UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>                  Plaintiffs,<br><br>         v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>                  Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

## **NOTICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT Plaintiffs Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group respectfully move, under Federal Rule of Civil Procedure 65(a), for a preliminary injunction ordering Defendant U.S. Department of Agriculture to restore all webpages that it unlawfully removed pursuant to its January 30, 2025, directive to archive or unpublish climate-change-focused webpages and enjoining it from removing or substantially modifying additional webpages pursuant to that directive. In support of this Motion, Plaintiffs rely on the following documents:

(1) Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction;

(2) Declaration of Marcie Craig;

(3) Declaration of Corinne Hansch;

(4) Declaration of Jeffrey McManus;

(5) Declaration of Garett Rose; and

(6) Declaration of Anne Schechinger.

1

| | |
|---|---|
| Dated: March 17, 2025 | Respectfully submitted,<br><br>/s/ Jeffrey Stein<br><br>/s/ Carrie Apfel<br><br>Jeffrey Stein*<br>Peter Lehner (PL2290)<br>Earthjustice<br>48 Wall Street, 15th Floor<br>New York, New York 10005<br>(212) 845-7376<br>jstein@earthjustice.org<br><br>Carrie Apfel (4401790)<br>Earthjustice<br>1001 G St. NW, Ste. 1000<br>Washington, D.C. 20001<br>(202) 667-4500<br>capfel@earthjustice.org<br><br>Stephanie Krent (5535414)<br>Jackson Busch*<br>Alex Abdo (AA0527)<br>Knight First Amendment Institute at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>(646) 745-8500<br>stephanie.krent@knightcolumbia.org |
| *Application for admission pending | *Counsel for Plaintiffs* |