UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>  Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

**NOTICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT Plaintiffs Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group respectfully move, under Federal Rule of Civil Procedure 65(a), for a preliminary injunction ordering Defendant U.S. Department of Agriculture to restore all webpages that it unlawfully removed pursuant to its January 30, 2025, directive to archive or unpublish climate-change-focused webpages and enjoining it from removing or substantially modifying additional webpages pursuant to that directive. In support of this Motion, Plaintiffs rely on the following documents:

(1) Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction;

(2) Declaration of Marcie Craig;

(3) Declaration of Corinne Hansch;

(4) Declaration of Jeffrey McManus;

(5) Declaration of Garett Rose; and

(6) Declaration of Anne Schechinger.

1

| | |
|---|---|
| Dated: March 17, 2025 | Respectfully submitted, |

/s/ Jeffrey Stein

/s/ Carrie Apfel

Jeffrey Stein*
Peter Lehner (PL2290)
Earthjustice
48 Wall Street, 15th Floor
New York, New York 10005
(212) 845-7376
jstein@earthjustice.org

Carrie Apfel (4401790)
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
(202) 667-4500
capfel@earthjustice.org

Stephanie Krent (5535414)
Jackson Busch*
Alex Abdo (AA0527)
Knight First Amendment Institute at Columbia
  University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Application for admission pending           *Counsel for Plaintiffs*