UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, and all materials supporting that motion, it is hereby ORDERED that:

(1) Defendant U.S. Department of Agriculture ("USDA") shall restore to their websites each webpage that was removed pursuant to Defendant's January 30, 2025, directive to archive or unpublish climate-change-focused webpages and as it existed as of January 30, 2025; and

(2) USDA shall not remove or substantially modify any additional webpages pursuant to its January 30, 2025, directive.

It is SO ORDERED.

Dated: _____                    _____
                                          MARGARET M. GARNETT
                                          United States District Court Judge