AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01529

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Agriculture
was received by me on *(date)* 2/25/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the U.S. Department of Agriculture by serving the U.S. (see below) and by mailing a copy of the summons and complaint by USPS certified mail to the U.S. Department of Agriculture on 2/26/2025. Please see the attached USPS receipt, showing delivery address, and return receipt, showing the summons and complaint were received 3/5/2025.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 3/27/2025

*Amy Yoon*
Server's signature

Amy Yoon, Litigation Assistant
Printed name and title

48 Wall St., 15th Fl.
New York, NY 10005
Server's address

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the summons and complaint by USPS certified mail to the Attorney General of the United States on 2/26/2025, which was received on 3/3/2025; and (2) mailing a copy of the summons and complaint by USPS certified mail to the Civil Process Clerk of the U.S. Attorney's Office for the Southern District Court of New York on 3/26/2025, which was received on 3/27/2025. Please see the attached USPS receipts, showing delivery addresses, and return receipts, showing when the copies were delivered.

Print | Save As... | Reset

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20250

| Certified Mail Fee | |
|---|---|
| $ $4.85 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ $19.15 | |
| Total Postage and Fees | |
| $ $28.10 | |

Postmark Here
FEB 26 2025
02/26/2025
NEW YORK, NY

Sent To: U.S. Department of Agriculture
Street and Apt. No., or PO Box No.: Whitten Bldg., 1400 Independence Ave. SW
City, State, ZIP+4®: Washington, D.C. 20250

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1906 4910 03

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of General Counsel
   U.S. Department of Agriculture
   Room 107W, Whitten Bldg.
   1400 Independence Ave., SW
   Washington, D.C. 20250

   9590 9402 8645 3244 2136 88

2. Article Number (Transfer from service label)

   9589 0710 5270 1906 4910 05

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X DaVida White
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): DaVida White
C. Date of Delivery: 3/5/2025

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED BY
MAR - 5 2025
DLW - OGC

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| Certified Mail Fee | $4.85 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $19.15 |
| Total Postage and Fees | $23.10 |

Sent To: Pamela Bondi, U.S. Department of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4®: Washington D.C. 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1906 4909

FEB 26 2025
Postmark Here
NEW YORK, NY
02/26/2025

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pamela Bondi
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530-0001

   9590 9402 8645 3244 2137 01

2. Article Number (Transfer from service label)

   9589 0710 5270 1906 4909 92

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signed]_    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   MAR 0 3 REC'D

INSPECTED 28

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ■ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10007

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0070 |
| $ | $0.00 | 29 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ | $2.62 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | Here |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | $0.00 | |
| Postage | $11.80 | |
| $ | | 03/26/2025 |
| Total Postage and Fees | | |
| $ $19.27 | | |

Sent To: Civil Process Clerk, US Atty's office for SDNY
Street and Apt. No., or PO Box No.: 86 Chambers St. 3rd Fl.
City, State, ZIP+4®: New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1906 4909 72



March 27, 2025

Dear Amy Yoon:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1906 4909 78**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 27, 2025, 9:18 am |
| **Location:** | NEW YORK, NY 10007 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 11.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 86 CHAMBERS ST FL 3 |
| **City, State ZIP Code:** | NEW YORK, NY 10007-2632 |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | USMS / USMS |
| **Address of Recipient:** | 86 Chambers St #3rd |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004