AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01529

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Agriculture
was received by me on *(date)* 2/25/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed a copy of the summons and complaint for the U.S. Department of Agriculture by USPS certified mail to the Attorney General of the United States on 2/26/2025. Please see the attached USPS receipt and return receipt which show that the summons and complaint were received on 3/3/2025.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 3/27/2025

*Amy Yoon*
*Server's Signature*

Amy Yoon, Litigation Assistant
*Printed name and title*

48 Wall St., 15th Fl.
New York, NY 10005
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $4.85 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $19.15

Total Postage and Fees
$ $28.10

Postmark Here
FEB 26 2025
NEW YORK, NY
02/26/2025

Sent To _Pamela Bondi, U.S. Department of Justice_
Street and Apt. No., or PO Box No. _950 Pennsylvania Ave., NW_
City, State, ZIP+4® _Washington D.C. 20530-0001_

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1906 4909 9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Pamela Bondi
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave., NW
    Washington, D.C. 20530-0001

9590 9402 8645 3244 2137 01

2. Article Number (Transfer from service label)

    9589 0710 5270 1906 4909 92

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   MAR 03 REC'D

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   INSPECTED 28

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt