AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01529

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Agriculture
was received by me on *(date)* 2/25/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed a copy of the summons and complaint for the U.S. Department of Agriculture by USPS certified mail to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York on 3/26/2025. Please see the attached USPS receipt and return receipt which show that the summons and complaint were received on 3/27/2025.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 3/27/2025

*Server's Signature*: Amy Yoon

Amy Yoon, Litigation Assistant
*Printed name and title*

48 Wall St., 15th Fl.
New York, NY 10005
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10007    OFFICIAL USE

Certified Mail Fee   $4.85
$                                        0070
                          $0.00              29
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $2.62
☐ Return Receipt (electronic)       $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                                $11.80
                                                03/26/2025
Total Postage and Fees
$ $19.27

Sent To Civil Process Clerk, US Atty's office for SDNY
Street and Apt. No., or PO Box No.
86 Chambers St. 3rd Fl.
City, State, ZIP+4®
New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking: 9589 0710 5270 1906 4909 72


UNITED STATES POSTAL SERVICE

March 27, 2025

Dear Amy Yoon:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1906 4909 78**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 27, 2025, 9:18 am |
| **Location:** | NEW YORK, NY 10007 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 3lb, 11.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 86 CHAMBERS ST FL 3 |
| **City, State ZIP Code:** | NEW YORK, NY 10007-2632 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | USMS USMS |
| Address of Recipient: | 86 Chambers St #3rd |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004