AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Northeast Organic Farming Association of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01529-MMG |
| U.S. Department of Agriculture ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group.

Date:    04/01/2025

/s/ Jeffrey Stein
*Attorney's signature*

Jeffrey Stein, 5791199
*Printed name and bar number*

Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
*Address*

jstein@earthjustice.org
*E-mail address*

(212) 823-4987
*Telephone number*

*FAX number*