AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Northeast Organic Farming Association of New York, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01529-MMG |
| U.S. Department of Agriculture | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group.

Date:   04/04/2025

/s/ Jackson Busch
*Attorney's signature*

Jackson Busch, 6051668
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Address*

jackson.busch@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*