

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 2, 2025

BY ECF

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Northeast Organic Farming Assoc. of N.Y., et al. v. U.S. Dep't of Agriculture*,
          No. 25 Civ. 1529 (MMG)

Dear Judge Garnett:

      This Office represents the United States Department of Agriculture ("USDA" or the "Government") in the above-referenced action brought by Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group (collectively, "Plaintiffs") under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA"). The parties write respectfully to provide the Court with a status update, as required by the Court's June 16, 2025 order. *See* ECF No. 33. Since the last status letter, filed on June 11, ECF No. 32, USDA has continued to make significant progress in restoring the climate-change-related web content that was removed post-Inauguration. The vast majority of webpages—including all webpages that plaintiffs attached as exhibits to their complaint—have been restored. There are a limited number of webpages that have yet to be restored on account of technical issues, which the USDA is working diligently to address.

      On June 30, Plaintiffs made an initial settlement demand, which the Government has taken under consideration. In order to allow the parties an opportunity to explore a potential amicable resolution of this litigation, the parties respectfully propose submitting another joint status report in 30 days, on August 1.

      The parties thank the Court for its attention to this matter.

1

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Ilan Stein
    ILAN STEIN
    MARK OSMOND
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    Tel.: (212) 637-2525/2713
    E-mail: ilan.stein@usdoj.gov
            mark.osmond@usdoj.gov