

NORTHEAST REGIONAL OFFICE
48 WALL STREET, 15TH FLOOR
NEW YORK, NY 10005-2903
T: 212.845.7376
F: 212.918.1556

August 1, 2025

<u>**VIA ECF**</u>
Hon. Margaret M. Garnett
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Northeast Organic Farming Association of New York, et al., v. U.S. Department of Agriculture*, Civil Action No. 1:25-cv-01529 (MMG)

Dear Judge Garnett:

The parties in the above captioned case write respectfully to provide the Court with a status update, as required by this Court's July 7, 2025, order. *See* ECF No. 35.

After discussions between the parties, on July 25, 2025, Plaintiffs made a second settlement proposal, which Defendant U.S. Department of Agriculture is actively reviewing. To allow the parties to continue exploring a potential amicable resolution to this litigation, the parties propose submitting another joint status report in one month, on September 1, 2025.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jeffrey Stein*
Jeffrey Stein (5791199)
Peter Lehner (PL2290)
Earthjustice
48 Wall Street, 15th Floor
New York, New York 10005
(212) 845-7376
jstein@earthjustice.org

Carrie Apfel (4401790)
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
(202) 667-4500

capfel@earthjustice.org

Stephanie Krent (5535414)
Jackson Busch (6051668)
Alex Abdo (AA0527)
Knight First Amendment Institute at Columbia
  University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*