

**NORTHEAST REGIONAL OFFICE**
48 WALL STREET, 15TH FLOOR
NEW YORK, NY 10005-2903
T: 212.845.7376
F: 212.918.1556

August 1, 2025

**<u>VIA ECF</u>**
Hon. Margaret M. Garnett
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:    *Northeast Organic Farming Association of New York, et al., v. U.S. Department of Agriculture*, Civil Action No. 1:25-cv-01529 (MMG)

Dear Judge Garnett:

      The parties in the above captioned case write respectfully to provide the Court with a status update, as required by this Court's July 7, 2025, order. *See* ECF No. 35.

      After discussions between the parties, on July 25, 2025, Plaintiffs made a second settlement proposal, which Defendant U.S. Department of Agriculture is actively reviewing. To allow the parties to continue exploring a potential amicable resolution to this litigation, the parties propose submitting another joint status report in one month, on September 1, 2025.

      The parties thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Jeffrey Stein*
                Jeffrey Stein (5791199)
                Peter Lehner (PL2290)
                Earthjustice
                48 Wall Street, 15th Floor
                New York, New York 10005
                (212) 845-7376
                jstein@earthjustice.org

                Carrie Apfel (4401790)
                Earthjustice
                1001 G St. NW, Ste. 1000
                Washington, D.C. 20001
                (202) 667-4500

The Court appreciates the continued efforts by all parties to resolve this matter.  The parties are ORDERED to submit a further joint status report by **September 2, 2025**.

SO ORDERED.  Dated August 6, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

capfel@earthjustice.org

Stephanie Krent (5535414)
Jackson Busch (6051668)
Alex Abdo (AA0527)
Knight First Amendment Institute at Columbia
  University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*