UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF JEFFREY STEIN AS ATTORNEY OF RECORD FOR PLAINTIFFS**

Pursuant to Local Civil Rule 1.4(b), Plaintiffs Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group (collectively, "Plaintiffs") respectfully move this Court for permission to withdraw the appearance of Jeffrey Stein as counsel of record for Plaintiffs in the above-captioned case. The reason for this request is that Jeffrey Stein is leaving Earthjustice on August 29, 2025. Plaintiffs will continue to be represented by Carrie Apfel and Peter Hans Lehner of Earthjustice, as well as Alexander Abraham Abdo, Stephanie Krent, and Jackson Thomas Busch of the Knight First Amendment Institute at Columbia University. The proposed withdrawal will not impact any deadlines or court dates in this matter, nor will it involve assertion of a retaining or charging lien.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted,<br><br>/s/ *Jeffrey Stein*<br>Jeffrey Stein<br>Earthjustice<br>48 Wall St., 15th Floor<br>New York, NY 10005<br>(212) 854-7376<br>jstein@earthjustice.org |