UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

**PROOF OF SERVICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF JEFFREY STEIN AS ATTORNEY OF RECORD FOR PLAINTIFFS**

I HEREBY CERTIFY that on August 27, 2025, I caused the Motion for Withdrawal of Appearance of Jeffrey Stein as Attorney of Record for Plaintiffs in the above-captioned case to be served via email on Plaintiffs Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group. A true and correct copy of that email is attached hereto.

Dated: August 29, 2025

Respectfully submitted,

/s/ *Jeffrey Stein*
Jeffrey Stein
Earthjustice
48 Wall St., 15th Floor
New York, NY 10005
(212) 854-7376
jstein@earthjustice.org

1

| | |
|---|---|
| **From:** | Jeffrey Stein |
| **To:** | Marcie Craig; Thompson, Jared; Caroline Leary |
| **Cc:** | Carrie Apfel; Peter Lehner |
| **Subject:** | Motion for Withdrawal in NOFA-NY et al v. USDA |
| **Date:** | Wednesday, August 27, 2025 3:03:00 PM |
| **Attachments:** | [NOFA-NY v. USDA] JS Motion for withdrawal .docx |

Hi Marcie, Jared, and Caroline,

I hope this note finds you all well. I'm writing to let you know that this is my last week at Earthjustice and, as such, I'll be withdrawing my appearance as an attorney of record in *Northeast Organic Farming Association of New York, et al., v. U.S. Department of Agriculture*, Civil Action No. 1:25-cv-01529 (MMG). The other Earthjustice and Knight First Amendment Institute lawyers who have appeared in this matter will continue to represent Plaintiffs. Attached is a motion for my withdrawal that I intend to file with the Court on Friday, August 29. Please let me know if you have any questions about the motion.

It has been a pleasure and honor to represent you in this matter. I wish you all the best and hope that our paths cross again soon.

Warmly,
Jeff


Jeff Stein
*he/him/his*
Senior Associate Attorney
Sustainable Food & Farming Program

48 Wall St., 15th Floor
New York, NY 10005
C: (925) 719-2061
earthjustice.org



*The information contained in this email message may be privileged, confidential and protected from disclosure.*
*If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.*
*If you think that you have received this email message in error, please notify the sender by reply email and*
*delete the message and any attachments.*