UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF JEFFREY STEIN AS ATTORNEY OF RECORD FOR PLAINTIFFS**

The Court has reviewed the Motion for Withdrawal of Appearance of Jeffrey Stein as Attorney of Record for Plaintiffs. The Court hereby GRANTS the Motion and terminates Mr. Stein as attorney of record for Plaintiffs in the above-captioned case.

SO ORDERED.

Dated: September ___, 2025

/s/ _____
Hon. Margaret M. Garnett
United States District Judge