

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

September 2, 2025

BY ECF

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Northeast Organic Farming Assoc. of N.Y., et al. v. U.S. Dep't of Agriculture*,
       No. 25 Civ. 1529 (MMG)

Dear Judge Garnett:

    This Office represents the United States Department of Agriculture ("USDA" or the "Government") in the above-referenced action brought by Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group (collectively, "Plaintiffs") under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA"). The parties write respectfully to provide the Court with a status update, as required by the Court's August 6, 2025 order. *See* ECF No. 37. The parties are continuing to assess whether an amicable resolution is possible and request additional time to further explore the possibility of settlement. Accordingly, the parties respectfully propose submitting another joint status report in 30 days, on October 2.

    The parties thank the Court for its attention to this matter.

> The Court appreciates the update and the parties' efforts to resolve this matter. The parties shall file a further status report on **October 2, 2025**.
>
> SO ORDERED. Dated September 3, 2025.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Mark Osmond
ILAN STEIN
MARK OSMOND
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
Tel.: (212) 637-2525/2713
E-mail: ilan.stein@usdoj.gov
         mark.osmond@usdoj.gov