UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF JACKSON BUSCH AS ATTORNEY OF RECORD FOR PLAINTIFFS

Pursuant to Local Civil Rule 1.4(b), Plaintiffs Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group (collectively, "Plaintiffs") respectfully move this Court for permission to withdraw the appearance of Jackson Busch as counsel of record for Plaintiffs in the above-captioned case. The reason for this request is that Mr. Busch is leaving the Knight First Amendment Institute at Columbia University on September 5, 2025. Plaintiffs will continue to be represented by Alexander Abraham Abdo and Stephanie Krent of the Knight First Amendment Institute at Columbia University, as well as Carrie Apfel and Peter Hans Lehner of Earthjustice. The proposed withdrawal will not impact any deadlines or court dates in this matter, nor will it involve assertion of a retaining or charging lien.

Dated: September 5, 2025

Respectfully submitted,

/s/ Jackson Busch
Jackson Busch (6051668)
Knight First Amendment Institute at Columbia
  University
475 Riverside Drive, Suite 302

1

New York, NY 10115
(646) 745-8500
jackson.busch@knightcolumbia.org

2