UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHEAST ORGANIC FARMING ASSOCIATION OF NEW YORK, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL WORKING GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 1:25-cv-01529 (MMG) |

**PROOF OF SERVICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF JACKSON BUSCH AS ATTORNEY OF RECORD FOR PLAINTIFFS**

I HEREBY CERTIFY that on September 3, 2025, I caused the Motion for Withdrawal of Appearance of Jackson Busch as Attorney of Record for Plaintiffs in the above-captioned case to be served via email on Plaintiffs Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group. A true and correct copy of that email is attached here.

Dated: September 5, 2025

Respectfully submitted,

/s/ Jackson Busch
Jackson Busch (6051668)
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jackson.busch@knightcolumbia.org

1

**Wednesday, September 3, 2025 at 16:07:09 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | [NOFA-NY v. USDA] Attorney withdrawal |
| **Date:** | Wednesday, September 3, 2025 at 4:06:51 PM Eastern Daylight Time |
| **From:** | Jackson Busch |
| **To:** | marcie@nofany.org, Thompson, Jared, cleary@ewg.org |
| **CC:** | Stephanie C Krent, Alexander A Abdo, Carrie Apfel, Peter Lehner |
| **Attachments:** | NOFA-NY v. USDA J. Busch Mot to Withdraw.docx |

Hi Marcie, Jared, and Caroline,

I hope you all are well. I'm writing to let you know that this is my last week at the Knight First Amendment Institute and, accordingly, I will withdraw my appearance as an attorney of record in *Northeast Organic Farming Association of New York, et al., v. U.S. Department of Agriculture*, Civil Action No. 1:25-cv-01529 (MMG). The other Knight First Amendment Institute and Earthjustice lawyers who have appeared in this matter will continue to represent Plaintiffs. Attached is a motion for my withdrawal that I intend to file with the Court this Friday, September 5. Please let me know if you have any questions about the motion.

It has been an honor to represent you in this matter.

Best,
Jackson

_____

**Jackson Busch**
Legal Fellow, Knight First Amendment Institute