January 13, 2026

<u>BY ECF</u>
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Northeast Organic Farming Assoc. of N.Y., et al. v. U.S. Dep't of Agric.*,

   No. 25 Civ. 1529 (MMG)

Dear Judge Garnett:

The below attorneys represent Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group (collectively, "Plaintiffs") in the above-captioned case, which alleges violations under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA"). The parties write respectfully to provide the Court with a status update, as required by the Court's October 2, 2025 order, *see* ECF No. 45, as modified by Chief Judge Swain's Amended Standing Order M10-468, No. 25-mc-00433 (LTS). The parties are continuing to assess whether an amicable resolution is possible and request additional time to further explore the possibility of settlement. Accordingly, the parties respectfully propose submitting another joint status report in 45 days, on February 27, 2026.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

|  |  |
|---|---|
|  | /s/ *Carrie Apfel* |
| Stephanie Krent (5535414) | Carrie Apfel (4401790) |
| Alex Abdo (AA0527) | Earthjustice |
| Knight First Amendment Institute at | 1001 G Street, NW |
| Columbia University | Suite 1000 |
| 475 Riverside Drive | Washington, DC  20001 |
| Suite 302 | (202) 667-4500 |
| New York, NY 10115 | capfel@earthjustice.org |
| (646) 745-8500 |  |
|  | Peter Lehner (PL2290) |
|  | Earthjustice |
|  | 48 Wall St., 15th Floor |
|  | New York, NY  10005 |
|  | (212) 854-7376 |

Counsel for Plaintiffs