January 13, 2026

BY ECF
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Northeast Organic Farming Assoc. of N.Y., et al. v. U.S. Dep't of Agric.*,

   No. 25 Civ. 1529 (MMG)

Dear Judge Garnett:

The below attorneys represent Northeast Organic Farming Association of New York, Natural Resources Defense Council, and Environmental Working Group (collectively, "Plaintiffs") in the above-captioned case, which alleges violations under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA"). The parties write respectfully to provide the Court with a status update, as required by the Court's October 2, 2025 order, *see* ECF No. 45, as modified by Chief Judge Swain's Amended Standing Order M10-468, No. 25-mc-00433 (LTS). The parties are continuing to assess whether an amicable resolution is possible and request additional time to further explore the possibility of settlement. Accordingly, the parties respectfully propose submitting another joint status report in 45 days, on February 27, 2026.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Carrie Apfel*

Stephanie Krent (5535414)
Alex Abdo (AA0527)
Knight First Amendment Institute at
Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
(646) 745-8500

Carrie Apfel (4401790)
Earthjustice
1001 G Street, NW
Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org

Peter Lehner (PL2290)
Earthjustice
48 Wall St., 15th Floor
New York, NY 10005
(212) 854-7376

Counsel for Plaintiffs

---

GRANTED. The parties shall submit a further joint status report by **February 27, 2026**.

SO ORDERED. Dated January 14, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE